IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CRIMINAL ACTION NO. 3:11CR00106-001

CLINT MANN  DEFENDANT

ORDER

The Court conducted a follow-up show cause hearing on August 20, 2015, in regard to the Defendant's efforts, while on supervision, to repay his court-ordered obligations. Based upon the information presented to the Court by the U.S. Probation Officer and the Defendant, the Court orders the following actions:

It is hereby ORDERED that:

1. The defendant shall provide an updated financial statement, including all assets and liabilities, and based upon his income and expenses per the divorce decree. This shall be completed and provided to the U.S. Probation Service and Financial Litigation Unit by September 15, 2015.

2. The defendant shall pay the $500 arrearage for the month of July and the August payment of $500 by August 30, 2015.

3. The defendant shall provide proof of income by providing documentation of all farm records to the U.S. Probation Service and Financial Litigation Unit.

4. The defendant shall not pay any expenses with cash. The defendant shall either pay all expenses by cashier's check, money order, or open a checking account to pay expenses with a personal check. If he pays by cashier's check or money order, he shall provide a copy to his U.S. Probation Officer.

5. The defendant shall reduce his phone bill obligation to only include his one phone, with basic features, within the next 5 days.

6. The defendant shall bring proof of his applications for employment with Monroe County and Big S Trucking, to his U.S. Probation Officer, within 2 days.

It is further ORDERED that the Defendant shall appear before this Court for an additional show cause hearing, to be set at a later date by a separate order, prepared to explain his efforts, unless he has fully complied with this order, previous orders, and is in compliance with his conditions of supervision.

So ORDERED, this the 20th day of August, 2015.

/s/ Sharion Aycock
SHARION AYCOCK
CHIEF U.S. DISTRICT JUDGE