IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:11CR00106-001

CLINT MANN

ORDER

A show cause hearing was held on August 20, 2015 regarding the Defendant's efforts while on supervision to pay restitution. Based upon the Defendant's failure to comply with the Order entered, the Defendant shall appear before the Court for an additional show cause hearing.

It is therefore ORDERED that the Defendant, Clint Mann, appear at the Thomas G. Abernathy Federal Building, 301 W. Commerce Street, Courtroom 1, Aberdeen, Mississippi, on Wednesday, May 17, 2017 at 1:30 p.m.

This the 1st day of May, 2017.

_Sharion Aycock_
U.S. DISTRICT JUDGE