IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.   CRIMINAL ACTION NO. 3:11CR00106-001

CLINT MANN   DEFENDANT

ORDER

The Court conducted a show cause hearing on May 17, 2017, in regard to the Defendant's efforts while on supervision, to repay the Court ordered obligations. Based upon the information presented to the Court by the U.S. Probation Officer and the Defendant, the Court orders the following actions:

It is hereby ORDERED that:

1. The defendant shall pay the $900 arrearage within 30 days.

2. The defendant shall resume paying $500 per month beginning June 1, 2017.

It is further ORDERED that the Defendant shall appear before this Court on July 19, 2017, at 10:00 AM for a follow up hearing, prepared to explain his efforts, unless he has fully complied with this order and is released from this appearance by the Court.

So ORDERED, this the 17th day of May, 2017.

/s/ Sharion Aycock

SHARION AYCOCK
CHIEF U.S. DISTRICT JUDGE